In the Matter of the Claim of CHARLES W. MADDOX, Respondent, against JOHN O'BRIEN and Others, Defendants, Impleaded with McKEE, SMITH & SHAW and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.; Hill, J., in concurring notes the decision by the Board of the question of fact herein as compared with its decision on the facts in *Matter of Mackin* v. *Curran Auto Transport Co.* (*ante*, p. 863).

In the Matter of the Claim of DAVID LAWSON, Respondent, against MORRIS GOLDSTEIN and SOL. BERNIKOW and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of JAMES K. BROOKS, Respondent, against KOLB MILLSPAUGH, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of FLOYD F. COATES, Respondent, against BORINE MANUFACTURING Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of JOHN O'LOUGHLIN, Respondent, against PETER L. BOGARTS BROS. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of IDA COTTRELL, Respondent, against P. J. McGOVERN PROVISION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

CAROLINE E. COX, as Administratrix, etc., of MALACHI F. COX, Deceased, Respondent, v. SEGLIN-HARRISON CONSTRUCTION Co., INC., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.

REESE A. BUSH, as Administrator, etc., of LEILA V. BUSH, Deceased, Respondent, v. THE BOARD OF MANAGERS OF THE BINGHAMTON CITY HOSPITAL, Defendant, Impleaded with GEORGE S. LAPE, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements against the appellant. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

SAGER-SPUCK SUPPLY Co., INC., Respondent, v. TER BUSH & POWELL, INC., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

FRANK FINGAR, as Committee of the Person and Property of EDWARD SHUTTS, an Incompetent Person, Respondent, v. JOHN T. FELLOWS and Another, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MIRIAM H. GOTTHEIL, Appel-

lant, v. THOMAS M. LYNCH and Others, Tax Commissioners, Constituting the State Tax Commission of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.